UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                           Case No. 05-cr-148-01-PB

**Paul D. Berube**


**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case.  Defendant cites the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and negotiate a plea agreement or properly prepare for trial, the court will continue the trial from October 4, 2005 to January 4, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
        The September 27, 2005 final pretrial conference is

   continued until December 20, 2005 at 3:45 p.m.

        SO ORDERED.

                                  /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

September 19, 2005

cc:  Jeffrey Levin, Esq.
     Clyde Garrigan, AUSA
     United States Probation
     United States Marshal
```